

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON

**DAVID W. HERCHER**
BANKRUPTCY JUDGE

1001 S.W. FIFTH AVENUE, # 700
PORTLAND, OREGON 97204
(503) 326-1538

COLLIN M. COLE
LAW CLERK

DORIA D. ARNTSEN
JUDICIAL ASSISTANT

January 24, 2019

NOT FOR PUBLICATION

Laura Renee Zaro
via ECF only

Kenneth S. Eiler
via ECF only

Subject:  In re Amanda Marie Runion
Case No. 18-33476-dwh7

Greetings:

On November 27, 2018, I held a hearing in this case on the Motion for Reconsideration of Order Waiving Filing Fees filed by the trustee, Kenneth S. Eiler.[1] The trustee represented himself, and Laura Renee Zaro represented debtor, Amanda Marie Runion.

In the motion, the trustee requested reconsideration of my Order re Debtor's Application for Waiver of Chapter 7 Filing Fee,[2] which granted Runion's Application to Have the Chapter 7 Filing Fee Waived and permitted the trustee to request reconsideration within 14 days.[3] His reconsideration motion was timely.

In light of all the evidence of the circumstances of the application—including Runion's parents' payment of $450 to Zaro's law firm and their regular monthly payments to her of at least a net of $300—I find that Runion is able to pay the $335 chapter 7 filing fee in installments.

I will grant the motion for reconsideration. The trustee should circulate and lodge a proposed order granting the motion and directing the clerk to enter the standard order allowing payment of the fee in installments.

Sincerely,

*David W. Hercher*

DAVID W. HERCHER
Bankruptcy Judge

---

[1] Docket item 13.
[2] Docket item 8.
[3] Docket item 3 (Application).